UNITED STATES of America, Appellee,

v.

Ronald L. ROBERTS, Appellant.

No. 05–1037.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 29, 2005.

Decided: Jan. 5, 2006.

Steven E. Holtshouser, Raymond Martin Meyer, Rosemary Casey Meyers, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Ronald L. Roberts, Marion, IL, pro se.

Michael A. Gross, St. Louis, MO, for Appellant.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Almost four years after Ronald L. Roberts pleaded guilty to four felonies and was sentenced, the government filed a substan-

---

1. The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

tial-assistance sentence-reduction motion under Federal Rule of Criminal Procedure 35(b)(2). The district court[1] granted the government's motion and reduced Mr. Roberts's sentence to 97 months in prison and 3 years of supervised release. He appeals.

Having carefully reviewed the record and the parties' submissions on appeal, we find no merit to Mr. Roberts's claims that the district court committed plain error when resentencing him. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B. We deny the government's motion to dismiss this appeal.

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.